IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIMARK COMMUNITIES LLC, a California Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, a Delaware Corporation,<br><br>　　　　Defendant. | Case No. 2:05-cv-01560-RRB-PAN<br><br>**ORDER GRANTING STIPULATION RE AMENDMENT TO SHELL'S ANSWER** |

　　　　Having considered the Stipulation entered into by the parties at Docket 13 and good cause appearing,

**IT IS HEREBY ORDERED:**

　　　　1.　　The Stipulation is approved; and

　　　　2.　　Shell is granted leave to file its Amended Answer attached as Exhibit A to the parties' Stipulation.

　　　　ENTERED this 15th day of December, 2005.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION RE
AMENDMENT TO SHELL'S ANSWER