HELEN L. DUNCAN (BAR NO. 101661)
JOSEPH H. PARK (BAR NO. 175064)
DINH HA (BAR NO. 217559)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
SHELL OIL COMPANY dba SHELL OIL PRODUCTS US

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIMARK COMMUNITIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>SHELL OIL COMPANY, a Delaware Corporation,<br><br>Defendant. | Case No. CV-01560-RRB-PAN<br><br>**STIPULATION RE: SCHEDULING ORDER; [~~PROPOSED~~] ORDER** |

The parties, TRIMARK COMMUNITIES, LLC ("Trimark") and SHELL OIL COMPANY dba SHELL OIL PRODUCTS US ("Shell"), by and through their counsel of record, stipulate and agree as follows:

## RECITALS

1. This matter was previously assigned to Hon. David F. Levi, who issued a Scheduling Order on November 1, 2005, which provided the following pre-trial and trial dates in this matter:

| | |
|---|---|
| Expert witness disclosure by | 4/7/06 |
| Rebuttal expert disclosure by | 4/21/06 |
| Discovery cut-off on | 6/2/06 |
| Dispositive motions filed by | 7/12/06 |
| Dispositive motion heard on | 8/9/06 |
| Final pre-trial conference on | 9/22/06 |
| Trial on | 10/30/06 |

2. By Order entered on November 22, 2005, this matter was reassigned to Hon. Ralph Beistline for all further proceedings. The Order further specified that "[a]ll dates currently set in this reassigned action shall remain pending subject to further order of the court."

3. The parties are currently engaged in good faith settlement negotiations to resolve the issues in this action to obviate the need for further litigation.

4. The parties are hopeful that a settlement can be achieved in this action and wish to avoid potentially unnecessary discovery and motion practice, including expert discovery. Accordingly, the parties seek to continue the pre-trial dates initially set to allow the parties to devote the time and resources necessary to attempt a settlement of the claims in this action. Doing so would also save this

Court's resources in dealing with potentially unnecessary motion practice, the need for which would be obviated by a settlement.

## STIPULATION

Based on the foregoing recitals, the parties, through their respective counsel of record, stipulate and agree:

1. The pre-trial and trail deadlines previously entered are changed as follows:

| | |
|---|---|
| Expert witness disclosure by | 6/7/06 |
| Rebuttal expert disclosure by | 6/21/06 |
| Discovery cut-off on | 8/2/06 |
| Dispositive motions filed by | 8/12/06 |
| Dispositive motions heard on | To be determined by court's schedule |

2. All other pre-trial and trial dates to remain the same.

Dated: March 20, 2006

HELEN L. DUNCAN
JOSEPH H. PARK
DINH HA
**FULBRIGHT & JAWORSKI L.L.P.**


By     /s/ Dinh Ha
   DINH HA
Attorneys for Defendant
SHELL OIL COMPANY dba SHELL OIL PRODUCTS US

| | |
|---|---|
| 1 | Dated:  March 20, 2006 |
| 2 | |

CHRIS GIBSON
**BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.**

By  /s/ Chris Gibson
     CHRIS GIBSON
Attorneys for Plaintiff
TRIMARK COMMUNITIES, LLC

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

Having considered the foregoing Stipulation and good cause appearing:

1. The Stipulation is approved;
2. The Pre-trial Scheduling Order is amended as follows:

| | | |
|---|---|---|
| Expert witness disclosure by | [6/7/06] | _____ |
| Rebuttal expert disclosure by | [6/21/06] | _____ |
| Discovery cut-off on | [8/2/06] | _____ |
| Dispositive motions filed by | [8/12/06] | _____ |
| Dispositive motions heard on | | _____ |
| Final Pre-trial Conference on | [9/22/06] | _____ |
| Trial on | [10/30/06] | _____ |

**IT IS SO ORDERED.**

_____
United States District Court Judge

3/22/06