1  HELEN L. DUNCAN (BAR NO. 101661)
   JOSEPH H. PARK (BAR NO. 175064)
2  DINH HA (BAR NO. 217559)
   **FULBRIGHT & JAWORSKI L.L.P.**
3  555 South Flower Street
   Forty-First Floor
4  Los Angeles, California 90071
   Telephone: (213) 892-9200
5  Facsimile: (213) 892-9494

6  Attorneys for Defendant
   SHELL OIL COMPANY dba SHELL OIL
7  PRODUCTS US

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TRIMARK COMMUNITIES, LLC, a          )  Case No.  CV-01560-RRB-PAN
12  California Limited Liability Company, )
                                          )  **STIPULATION RE:**
13                 Plaintiff,             )  **SCHEDULING ORDER;**
                                          )  **[PROPOSED] ORDER**
14         v.                             )
                                          )
15  SHELL OIL COMPANY, a Delaware         )
    Corporation,                          )
16                                        )
                   Defendant.             )
17                                        )
                                          )
18  _____)

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER    35027552.1

The parties, TRIMARK COMMUNITIES, LLC ("Trimark") and SHELL OIL COMPANY dba SHELL OIL PRODUCTS US ("Shell"), by and through their counsel of record, stipulate and agree as follows:

## RECITALS

1.   This matter was previously assigned to Hon. David F. Levi, who issued a Scheduling Order on November 1, 2005, which provided the following pre-trial and trial dates in this matter:

| | |
|---|---|
| Expert witness disclosure by | 4/7/06 |
| Rebuttal expert disclosure by | 4/21/06 |
| Discovery cut-off on | 6/2/06 |
| Dispositive motions filed by | 7/12/06 |
| Dispositive motion heard on | 8/9/06 |
| Final pre-trial conference on | 9/22/06 |
| Trial on | 10/30/06 |

2.   By Order entered on November 22, 2005, this matter was reassigned to Hon. Ralph Beistline for all further proceedings.  The Order further specified that "[a]ll dates currently set in this reassigned action shall remain pending subject to further order of the court."

3.   On or about March 20, 2006, the parties stipulated to the following changes to the pre-trial and trail deadlines which the Court approved and ordered on March 22, 2006:

| | |
|---|---|
| Expert witness disclosure by | 6/7/06 |
| Rebuttal expert disclosure by | 6/21/06 |
| Discovery cut-off on | 8/2/06 |
| Dispositive motions filed by | 8/12/06 |

| | |
|---|---|
| Dispositive motions heard on | To be determined by court's schedule |

4.   The parties are currently engaged in continuing good faith settlement negotiations to resolve the issues in this action to obviate the need for further litigation.

5.   The parties are hopeful that a settlement can be achieved in this action and wish to avoid potentially unnecessary discovery and motion practice, including expert discovery.   Accordingly, the parties seek to further continue the expert witness disclosures to allow the parties to devote the time and resources necessary to attempt a settlement of the claims in this action.   Doing so would also save this Court's resources in dealing with potentially unnecessary motion practice, the need for which would be obviated by a settlement.

## STIPULATION

Based on the foregoing recitals, the parties, through their respective counsel of record, stipulate and agree:

1.   The expert witness disclosure deadline is extended to June 19, 2006 and the rebuttal expert disclosure deadline is extended to July 3, 2006.

2.   The pre-trial and trail deadlines previously entered are changed as follows:

| | |
|---|---|
| Expert witness disclosure by | 6/19/06 |
| Rebuttal expert disclosure by | 7/3/06 |
| Discovery cut-off on | 8/2/06 |
| Dispositive motions filed by | 8/12/06 |
| Dispositive motions heard on | To be determined by court's schedule |

1        3.  All other pre-trial and trial dates to remain the same.

2

3    Dated:  June 6, 2006              HELEN L. DUNCAN
                                    JOSEPH H. PARK

4                                      DINH HA
                                    **FULBRIGHT & JAWORSKI L.L.P.**

5

6

7                                    By        /s/ Dinh Ha
                                        DINH HA

8                                    Attorneys for Defendant
                                    SHELL OIL COMPANY dba SHELL OIL

9                                    PRODUCTS US

10

11   Dated:  June 6, 2006              CHRIS GIBSON
                                      **BOUTIN DENTINO GIBSON**

12                                    **DI GIUSTO HODELL INC.**

13

14

15                                    By       /s/ Chris Gibson
                                        CHRIS GIBSON

16                                    Attorneys for Plaintiff
                                    TRIMARK COMMUNITIES, LLC

17

18

19

20

21

22

23

24

25

26

27

28

1          [PROPOSED] ORDER

2          Having considered the foregoing Stipulation and good cause appearing:

3          1.       The Stipulation is approved;

4          2.       The Pre-trial Scheduling Order is amended as follows:

5

6          Expert witness disclosure by       [6/19/06]        _____

7          Rebuttal expert disclosure by      [7/3/06]         _____

8          Discovery cut-off on               [8/2/06]         _____

9          Dispositive motions filed by       [8/12/06]        _____

10         Dispositive motions heard on                        _____

11         Final Pre-trial Conference on      [9/22/06]        _____

12

13         Trial on                           [10/30/06]       _____

14

15         **IT IS SO ORDERED.**

16

17

18

19                                            _____
                                              United States District Court Judge
20

21

22

23

24

25

26

27

28