| | |
|---|---|
| 1 | **BOUTIN DENTINO GIBSON** |
| | **DI GIUSTO HODELL INC.** |
| 2 | Chris Gibson / SBN 073353 |
| | 555 Capitol Mall, Suite 1500 |
| 3 | Sacramento, CA 95814-4603 |
| | Tel. 916-321-4444 |
| 4 | Fax 916-441-7597 |
| | e-mail: cgibson@boutindentino.com |
| 5 | |
| | Attorneys for plaintiff |
| 6 | TRIMARK COMMUNITIES, LLC |

**FULBRIGHT & JAWORSKI, LLP**
Martin L. Pitha
555 S. Flower Street, 41st Floor
Los Angeles, CA  90071
Tel. 213-892-9200
Fax  213-892-9494
e-mail: mpitha@fullbright.com

Attorneys for defendant
SHELL OIL COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TRIMARK COMMUNITIES, LLC, a California ) Case No.: 2:05-CV-01560-RRB
Limited Liability Company, )
) STIPULATION OF DISMISSAL; ORDER
             Plaintiff, )
)
vs. )
)
SHELL OIL COMPANY, a Delaware )
Corporation, )
)
             Defendant. )
_____)

      Plaintiff Trimark Communities, LLC ("Trimark") and defendant Shell Oil Company, through counsel, stipulate that the court may dismiss this action with prejudice, with each party to bear its own attorneys fees and costs.

| | | | |
|---|---|---|---|
| 1 | Dated: November 29, 2006 | | BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC. |
| 2 | | | |
| 3 | | By: | /s/ Chris Gibson |
| | | | Chris Gibson, Attorney for Plaintiff |
| 4 | | | TRIMARK COMMUNITIES, LLC |
| 5 | | | |
| 6 | Dated: December 12, 2006 | | FULBRIGHT & JAWORSKI, LLP |
| 7 | | | |
| 8 | | By: | /s/ Martin L. Pitha |
| | | | Martin L. Pitha, Attorneys for defendant |
| 9 | | | SHELL OIL COMPANY |

**ORDER**

IT IS SO ORDERED.

Date: December 20, 2006

_____
United States District Judge

[#110337v1]